```
LAWRENCE G. BROWN
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
```

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. MOITOZO and IRIS N. MOITOZO, as TRUSTEES of the MOITOZO 1992 REVOCABLE TRUST<br><br>             Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | 1:08-cv-01623-AWI/GSA<br><br>STIPULATION EXTENDING SCHEDULING DEADLINES AND ORDER THEREON |

Plaintiffs Manuel G. Moitozo and Iris N. Moitozo, as Trustees of the Moitozo 1992 Revocable Trust ("Plaintiffs") and Defendant United States of America ("United States"), stipulate to continue the following deadlines in this action as specifically set forth below.

The parties base this stipulation on good cause as the parties have attempted to resolve this matter informally and are currently scheduled for private mediation on August 18, 2009. The parties agree to extend certain scheduling deadlines without affecting the pre-trial conference or trial date in this action.

| | **Old Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 09/11/09 | 11/09/09 |
| Expert disclosures | 10/09/09 | 12/07/09 |
| Supplemental expert disclosures | 10/30/09 | 12/21/09 |
| Expert discovery cut-off | 01/15/10 | 01/29/10 |

| | | |
|---|---|---|
| Non-dispositive motion filing deadline | 01/22/10 | 02/05/10 |
| Dispositive motion filing deadline | 02/02/10 | 02/15/10 |
| Pre-trial conference | 04/02/10 | Unchanged |
| Trial | 06/02/10 | Unchanged |

For the reasons set forth herein, the parties therefore stipulate and agree to extend the following deadlines as specified below. The parties request the court endorse this stipulation by way of formal order.

                                        Respectfully submitted,

Dated: August 6, 2009                   Dated: August 5, 2009

LAWRENCE G. BROWN                       FRAME & MATSUMOTO
United States Attorney


 /s/ Alyson A. Berg                      /s/ Ted R. Frame
ALYSON A. BERG                          TED R. FRAME
Attorneys for Defendant                 Attorneys for Plaintiffs
United States of America


**ORDER**

IT IS SO ORDERED.

**Dated:   August 7, 2009**            /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE