LAWRENCE G. BROWN
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. MOITOZO and IRIS N. MOITOZO, as TRUSTEES of the MOITOZO 1992 REVOCABLE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:08-cv-01623-AWI/GSA<br><br>STIPULATION CONTINUING DEFENDANT'S MOTION TO DISMISS OR, MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION; PROPOSED ORDER |

Plaintiffs Manuel G. Moitozo and Iris N. Moitozo, As Trustees of the Moitizo 1992 Revocable Trust ("Plaintiffs") and defendant United States of America ("Defendant"), stipulate to continue the hearing on Defendant's Motion to Dismiss or, Motion for Summary Judgment, or in the alternative, Summary Adjudication, currently set for September 14, 2009 at 1:30 p.m. to November 2, 2009 at 1:30 p.m. as specifically set forth below.

The parties base this stipulation on good cause as the parties have participated in private mediation and are continuing those efforts. No other dates in this action are affected by this brief extension of the hearing.

For the reasons set forth herein, the parties therefore stipulate and agree to continue the hearing on Defendant's Motion to Dismiss or, Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication as specified below. The parties request the court endorse this stipulation by way of formal order.

1

**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS OR, MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION; PROPOSED ORDER**

|  | Old Date | New Date |
|---|---|---|
| Hearing on Motion to Dismiss | September 14, 2009 | **November 2, 2009** `@1:30 p.m.` |

Respectfully submitted,

Dated: August 19, 2009                         Dated: August 19, 2009

LAWRENCE G. BROWN                         FRAME & MATSUMOTO
United States Attorney

                                                                    (As authorized 8/19/09)
 /s/ Alyson A. Berg                                  /s/ Ted R. Frame
ALYSON A.BERG                                 TED R. FRAME
Attorneys for Defendant                        Attorneys for Plaintiffs
United States of America

**ORDER**

IT IS SO ORDERED.

**Dated:   August 21, 2009**                         **/s/ Anthony W. Ishii**
                                                              CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS OR, MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION; PROPOSED ORDER**