1   LAWRENCE G. BROWN
    United States Attorney
2   ALYSON A. BERG
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6   Attorneys for Defendant United States of America

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  MANUEL G. MOITOZO and IRIS N.        )    1:08-cv-01623-AWI/GSA
    MOITOZO, as TRUSTEES of the          )
11  MOITOZO 1992 REVOCABLE TRUST         )    STIPULATION CONTINUING
                                         )    DEFENDANT'S MOTION TO DISMISS
12              Plaintiffs,              )    OR, MOTION FOR SUMMARY
                                         )    JUDGMENT OR, IN THE
13        v.                             )    ALTERNATIVE, MOTION FOR
                                         )    SUMMARY ADJUDICATION;
14  UNITED STATES OF AMERICA,            )    PROPOSED ORDER
                                         )
15              Defendant.               )
                                         )
16  _____  )

17        Plaintiffs Manuel G. Moitozo and Iris N. Moitozo, As Trustees of the Moitizo 1992

18  Revocable Trust ("Plaintiffs") and defendant United States of America ("Defendant"), stipulate

19  to continue the hearing on Defendant's Motion to Dismiss or, Motion for Summary Judgment, or

20  in the alternative, Summary Adjudication, currently set for November 2, 2009 at 1:30 p.m. to

21  December 14, 2009 at 1:30 p.m. as specifically set forth below.

22        The parties base this stipulation on good cause as the parties have participated in two

23  sessions with a private mediator and are continuing those efforts.  No other dates in this action

24  are affected by this brief extension of the hearing.

25        For the reasons set forth herein, the parties therefore stipulate and agree to continue the

26  hearing on Defendant's Motion to Dismiss or, Motion for Summary Judgment or, in the

27  Alternative, Motion for Summary Adjudication as specified below.  The parties request the court

28  endorse this stipulation by way of formal order.

                                          1

| | <u>Old Date</u> | **New Date** |
|---|---|---|
| Hearing on Motion to Dismiss | November 2, 2009 | **December 14, 2009** **@1:30 p.m.** |

Respectfully submitted,

Dated: October 15, 2009

LAWRENCE G. BROWN
United States Attorney


/s/ Alyson A. Berg
ALYSON A.BERG
Attorneys for Defendant
United States of America

Dated: October 15, 2009

FRAME & MATSUMOTO


(As authorized 10/15/09)
/s/ Ted R. Frame
TED R. FRAME
Attorneys for Plaintiffs


**ORDER**


IT IS SO ORDERED.

**Dated:   October 15, 2009**

                    /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION TO CONTINUE DEFENDANT'S MOTION TO DISMISS OR, MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION; PROPOSED ORDER**