1  LAWRENCE G. BROWN
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for Defendant United States of America

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 MANUEL G. MOITOZO and IRIS N.      )   1:08-cv-01623-AWI/GSA
   MOITOZO, as TRUSTEES of the        )
   MOITOZO 1992 REVOCABLE TRUST       )   STIPULATION EXTENDING
12                                     )   SCHEDULING DEADLINES AND
              Plaintiffs,              )   ORDER THEREON
13                                     )
        v.                             )
14                                     )
   UNITED STATES OF AMERICA,           )
15                                     )
              Defendant.               )
16 _____ )

17

18        Plaintiffs Manuel G. Moitozo and Iris N. Moitozo, as Trustees of the Moitozo 1992

19 Revocable Trust ("Plaintiffs") and Defendant United States of America ("United States"),

20 stipulate to continue the following deadlines in this action as specifically set forth below.

21        The parties base this stipulation on good cause as the parties have attempted to resolve

22 this matter informally and recently completed a second session of private mediation on October

23 9, 2009.  Since the parties are continuing their efforts in resolving this matter, the parties agree to

24 extend all dates in this matter, including the pre-trial conference and trial date in this action.

25                                          **Old Date**          **New Date**

26   Non-expert discovery cut-off          11/09/09            **03/09/10**

27   Expert disclosures                     12/07/09            **04/07/10**

28   Supplemental expert disclosures        12/21/09            **04/21/10**

| | | |
|---|---|---|
| Expert discovery cut-off | 01/29/10 | **05/28/10** |
| Non-dispositive motion<br>  filing deadline | 02/05/10 | **06/04/10** |
| Dispositive motion filing<br>  deadline | 02/15/10 | **06/15/10** |
| Pre-trial conference | 04/02/10 | **09/07/10<br>@8:30 a.m.** |
| Trial | 06/02/10 | **10/19/10<br>@8:30 a.m.** |

For the reasons set forth herein, the parties therefore stipulate and agree to extend the following deadlines as specified below.  The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: October 16, 2009                     Dated: October 15,  2009
LAWRENCE G. BROWN                     FRAME & MATSUMOTO
United States Attorney

                                                        (As authorized 10/15/09)
/s/Alyson A. Berg                                /s/Ted R. Frame
ALYSON A. BERG                            TED R. FRAME
Attorneys for Defendant                    Attorneys for Plaintiffs
United States of America

### ORDER[1]

The Court permits the parties' stipulation with one exception: the pre-trial conference date of September 7, 2010, stipulated to by the parties, cannot be accommodated.  Thus, the **pre-trial conference will be held on August 20, 2010, at 8:30 a.m. before the Honorable Anthony W. Ishii**.

IT IS SO ORDERED.

**Dated:    October 20, 2009**                          **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1]The Court has corrected typographical errors to the Stipulation on page one, wherein the "New Date" column reflected three dates in March and April 2009.  Clearly the new deadlines are intended for March and April 2010.