BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. MOITOZO and IRIS N. MOITOZO, as TRUSTEES of the MOITOZO 1992 REVOCABLE TRUST<br><br>  Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | 1:08-cv-01623-AWI/GSA<br><br>**STIPULATION CONTINUING DEFENDANT'S MOTION TO DISMISS OR, MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION; ORDER** |

  Plaintiffs Manuel G. Moitozo and Iris N. Moitozo, As Trustees of the Moitizo 1992 Revocable Trust ("Plaintiffs") and defendant United States of America ("Defendant"), stipulate to continue the hearing on Defendant's Motion to Dismiss or, Motion for Summary Judgment, or in the alternative, Summary Adjudication, currently set for December 14, 2009 at 1:30 p.m. to December 21, 2009 at 1:30 p.m. as specifically set forth below.

  The parties base this stipulation on good cause as the parties are continuing their settlement efforts with the assistance of a private mediator. No other dates in this action are affected by this brief extension of the hearing.

  For the reasons set forth herein, the parties therefore stipulate and agree to continue the hearing on Defendant's Motion to Dismiss or, Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication as specified below. The parties further agree

that Defendant's Reply will be due on or before December 14, 2009. The parties request the court endorse this stipulation by way of formal order.

|  | Old Date | New Date |
|---|---|---|
| Hearing on Motion to Dismiss | December 14, 2009 | **December 21, 2009 @1:30 p.m.** |

Respectfully submitted,

Dated: December 3, 2009                                   Dated: December 3, 2009

BENJAMIN B. WAGNER                                   FRAME & MATSUMOTO
United States Attorney

                                                                          (As authorized 12/03/09)
 /s/ Alyson A. Berg                                                 /s/ Ted R. Frame
ALYSON A. BERG                                             TED R. FRAME
Attorneys for Defendant                                     Attorneys for Plaintiffs
United States of America

### ORDER

IT IS SO ORDERED.

**Dated:   December 8, 2009**                           **/s/ Anthony W. Ishii**
                                                                          CHIEF UNITED STATES DISTRICT JUDGE