# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. MOITOZO and IRIS N. MOITOZO, as TRUSTEES of the MOITOZO 1992 REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | NO. 1:08-CV-01623<br><br>ORDER MOVING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT FROM DECEMBER 14, 2009, TO JANUARY 11, 2010 |

The parties filed a stipulation continuing Defendant's motion to dismiss or, motion for summary judgment or, in the alternative, motion for summary adjudication from December 14, 2009 at 1:30 p.m. to December 21, 2009 at 1:30 p.m. The parties base this stipulation on good cause as the parties are continuing their settlement efforts with the assistance of a private mediator.

Therefore, the court agrees to vacate the December 14, 2009 hearing date. However, due to the court's schedule, <u>the hearing will be moved to January 11, 2010</u> at 1:30 p.m.

IT IS SO ORDERED.

Dated:   December 8, 2009                    /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE