| | | |
|---|---|---|
| 1 | BENJAMIN B. WAGNER | |
| | United States Attorney | |
| 2 | ALYSON A. BERG | |
| | Assistant United States Attorney | |
| 3 | United States Courthouse | |
| | 2500 Tulare Street, Suite 4401 | |
| 4 | Fresno, California 93721 | |
| | Telephone: (559) 497-4000 | |
| 5 | Facsimile: (559) 497-4099 | |

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. MOITOZO and IRIS N. MOITOZO, as TRUSTEES of the MOITOZO 1992 REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:08-cv-01623-AWI/GSA<br><br>STIPULATION EXTENDING SCHEDULING DEADLINES, VACATING TRIAL DATE AND SCHEDULING STATUS CONFERENCE; ORDER THEREON |

Plaintiffs Manuel G. Moitozo and Iris N. Moitozo, as Trustees of the Moitozo 1992 Revocable Trust ("Plaintiffs") and Defendant United States of America ("United States"), stipulate to continue the following deadlines in this action as specifically set forth below.

The parties base this stipulation on good cause as the parties have attempted to resolve this matter informally. The parties have reached a tentative settlement, and are working out the details. Since the parties are continuing their efforts in resolving this matter, the parties agree to extend all dates in this matter, vacate both the trial and pre-trial dates and schedule a status conference in this action as follows:

| | **Old Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | 03/09/10 | **06/07/10** |
| Expert disclosures | 04/07/10 | **07/06/10** |
| Supplemental expert disclosures | 04/21/10 | **07/20/10** |

1

**STIPULATION EXTENDING SCHEDULING DEADLINES, VACATING TRIAL DATE ANS SCHEDULING STATUS CONFERENCE; [PROPOSED] ORDER THEREON**

| | | | |
|---|---|---|---|
| 1 | Expert discovery cut-off | 05/28/10 | **08/26/10** |
| 2 | Non-dispositive motion filing deadline | 06/04/10 | **09/02/10** |
| 3 | | | |
| 4 | Dispositive motion filing deadline | 06/15/10 | **09/13/10** |
| 5 | Pre-trial conference | 09/07/10 | **VACATE** |
| 6 | Trial | 10/19/10 | **VACATE** |
| 7 | Status Conference | None | **05/17/10 @9:30** |
| 8 | | | **Dept. 10** |

For the reasons set forth herein, the parties therefore stipulate and agree to extend the deadlines as specified above and schedule a status conference. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: March 15, 2010　　　　　　　Dated: March 12, 2010

BENJAMIN B. WAGNER　　　　　　FRAME & MATSUMOTO
United States Attorney

(As authorized 03/12/10)
/s/Alyson A. Berg　　　　　　　　　/s/Ted R. Frame
ALYSON A. BERG　　　　　　　　　TED R. FRAME
Attorneys for Defendant　　　　　　Attorneys for Plaintiffs
United States of America

**ORDER**

IT IS SO ORDERED.

Dated: March 16, 2010　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　Gary S. Austin
　　　　　　　　　　　　　　　　　　United States Magistrate Judge