BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. MOITOZO and IRIS N. MOITOZO, as TRUSTEES of the MOITOZO 1992 REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:08-cv-01623-AWI/GSA<br><br>STIPULATION FOR DISMISSAL; ORDER THEREON |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice. Each side to bear its own attorneys fees and costs.

Respectfully submitted,

Dated: September 9, 2010                Dated: July 14, 2010

BENJAMIN B. WAGNER                      FRAME & MATSUMOTO
United States Attorney


/s/Alyson A. Berg                       /s/Ted R. Frame
ALYSON A. BERG                          TED R. FRAME
Attorneys for Defendant                 Attorneys for Plaintiffs
United States of America


///

///

1

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON**

///

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:     September 10, 2010                             _____
                                                          CHIEF UNITED STATES DISTRICT JUDGE